Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Donald L. Wilkerson
Attorney at Law
P.O. Box 42
Laupahoehoe, HI 95764
(808) 533-4447
Hawaii Bar No. 5730
don@allislandslaw.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
* *Admitted Pro Hac Vice*

Attorneys for Plaintiffs

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAUI AMMO AND GUN SUPPLY, HAWAII FIREARMS COALITION, and CHRISTY GUSMAN<br><br>Plaintiffs,<br><br>v.<br><br>MAUI COUNTY, HAWAII and MAUI COUNTY COUNCIL<br><br>Defendants. | ) <br> ) <br> ) <br> ) NOTICE OF WITHDRAWAL <br> ) OF MOTION FOR PRELIMINARY <br> ) INJUNCTION; CERTIFICATE OF <br> ) SERVICE <br> ) <br> ) Civil Action No. 22-138 JMS-RT <br> ) Judge: Hon. J. Michael Seabright <br> ) Hearing: June 6, 2022 10:00AM <br> ) Trial: n/a <br> ) |

## **Plaintiffs' Notice of Withdrawal of Their Motion for Preliminary Injunction**

Plaintiffs filed a Motion for Preliminary Injunction on March 31, 2022 [Docket #11] which the Court set for hearing on June 6, 2022 at 10AM. Plaintiffs hereby file this Notice of Withdrawal to inform that Court that they are withdrawing their Motion for Preliminary Injunction.

Dated: May 11, 2022.

*/s/ Alan Alexander Beck*
Alan Alexander Beck

*/s/ Stephen D. Stamboulieh*
Stephen D. Stambouliєh