Alan Alexander Beck
Law Office of Alan Beck
2692 Harcourt Drive
San Diego, CA  92123
(619) 905-9105
Hawaii Bar No. 9145
Alan.alexander.beck@gmail.com

Donald L. Wilkerson
Attorney at Law
P.O. Box 42
Laupahoehoe, HI 95764
(808) 533-4447
Hawaii Bar No. 5730
don@allislandslaw.com

Stephen D. Stamboulieh
Stamboulieh Law, PLLC
P.O. Box 428
Olive Branch, MS  38654
(601) 852-3440
stephen@sdslaw.us
MS Bar No. 102784
* *Admitted Pro Hac Vice*

Attorneys for Plaintiffs

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF HAWAII

| | |
|---|---|
| MAUI AMMO AND GUN SUPPLY, HAWAII FIREARMS COALITION, and CHRISTY GUSMAN<br>Plaintiffs,<br><br>v.<br><br>MAUI COUNTY, HAWAII and MAUI COUNTY COUNCIL<br><br>Defendants. | STIPULATION OF DISMISSAL; CERTIFICATE OF SERVICE<br><br>Civil Action No. 22-138 JMS-RT<br>Judge: Hon. J. Michael Seabright<br>Hearing: Vacated<br>Trial: n/a |

**STIPULATION OF DISMISSAL AS TO DEFENDANTS
MAUI COUNTY, HAWAII and MAUI COUNTY COUNCIL**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(i) and LR 41.1, as the Defendants Maui County, Hawaii and Maui County Council have neither filed an Answer nor a Motion for Summary Judgment, Plaintiffs therefore stipulate to the dismissal of this action as to Defendants Maui County, Hawaii and Maui County Council without prejudice, with each side to bear their own costs and attorneys' fees. No claims would remain following dismissal.

Dated: May 30, 2022.

                Respectfully submitted,

                *Counsel for Plaintiff*

                */s/ Alan Beck*
                Alan Alexander Beck

                */s/ Stephen D. Stamboulieh*
                Stephen D. Stamboulieh
                Stamboulieh Law, PLLC
                **Admitted Pro Hac Vice*

APPROVED AS TO FORM:

_____
The Honorable U.S. District Chief
Judge J. Michael Seabright